**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*
*Sam's West, Inc. d/b/a Sam's Club*
*#6382 and Sam's Real Estate Business Trust*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCESS SEEGITZ, an individual,<br><br>    Plaintiff,<br>v.<br><br>SAM'S WEST, INC., a foreign corporation, d/b/a SAM'S CLUB #6382; SAM'S REAL ESTATE BUSINESS TRUST, a domestic business trust; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:23-cv-01622-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, FRANCESS SEEGITZ, and Defendants, SAM'S WEST, INC. d/b/a SAM'S CLUB #6382 and SAM'S REAL ESTATE BUSINESS TRUST, by and through their respective counsel of record, that the claims asserted by Plaintiff FRANCESS SEEGITZ against Defendants, SAM'S WEST, INC. d/b/a SAM'S CLUB #6382 and SAM'S REAL ESTATE BUSINESS TRUST, be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

KRB/20147-88

This matter is not currently set for trial.

Based upon the foregoing, the parties request that all related deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this 24th day of July, 2024.                Dated this 9th day of April, 2024.

HALL & EVANS, LLC                                  THE702FIRM

/s/ [signature]                                    /s/ [signature]

KURT R. BONDS, ESQ.                                Joel S. Hengstler, Esq.
Nevada Bar #6228                                   8335 West Flamingo Road
TANYA M. FRASER, ESQ.                              Las Vegas, Nevada 89147
Nevada Bar#13872                                   *Attorneys for Plaintiff*
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Defendants*
*Sam's West, Inc. d/b/a Sam's Club*
*#6382 and Sam's Real Estate Business Trust*

## ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

**IT IS SO ORDERED** July 29, 2024.

[signature: James C. Mahan]
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HALL & EVANS, LLC

/s/ [signature]
KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Attorneys for Defendants*
*Sam's West, Inc. d/b/a Sam's Club*
*#6382 and Sam's Real Estate Business Trust*